IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| CROP PRODUCTION SERVICES, INC., | * * * | |
| Plaintiff, | * | |
| vs. | * | No. 4:18-cv-00398-SWW |
| | * * | |
| JORDAN JENNINGS LLC and JORDAN JENNINGS, | * * * | |
| Defendants. | * | |

## DEFAULT JUDGMENT

Consistent with the order that was entered on this day, it is Considered, Ordered, and Adjudged that Crop Production Services, Inc., have and recover from Jordan Jennings LLC and Jordan Jennings, jointly and severally, (1) the sum of $107,715.15 plus post-judgment interest as provided in 28 U.S.C. § 1961 beginning on the date of entry of this judgment through the date the judgment is paid in full,[1] and (2) attorneys fees and costs in the amount of $2,423.00.

IT IS SO ORDERED this 6th day of August 2018.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1961 provides that post-judgment interest "shall be calculated from the date of the entry of judgment, at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the judgment."